THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.

 
 
 
 THE STATE OF SOUTH CAROLINA
 In The Court of Appeals
 Phyllis D. Anderson, Appellant,
 v.
 Louise Williams, Respondent.
 
 
 

Appeal From Richland County
 Alison Renee Lee, Circuit Court Judge
Unpublished Opinion No. 2008-UP-258
Submitted May 1, 2008  Filed May 14, 2008
APPEAL DISMISSED

 
 
 
 Phyllis D. Anderson, of Columbia, 
 Pro Se.
 Louise Williams, of Columbia, 
 Pro Se.
 
 
 

PER CURIAM:  Phyllis
 D. Anderson appeals the circuit courts denial of her motion seeking removal of
 an oak tree in Louise Williams yard.  We dismiss[1] pursuant to Rule 220(b), SCACR, and the following authorities:  Rule 210(h),
 SCACR (providing an appellate court will not consider any fact that does not
 appear in the record on appeal); Helms Realty, Inc. v. Gibson-Wall Co.,
 363 S.C. 334, 339, 611 S.E.2d 485, 487-88 (2005) (finding appellant has the
 burden of presenting a sufficient record to allow review); Hamilton v.
 Greyhound Lines E., 281 S.C. 442, 444, 316 S.E.2d 368, 369 (1984)
 (dismissing the appeal because appellant failed to furnish a sufficient record
 from which this court can make an intelligent review); Meek v. Meek, 295 S.C. 222, 225,
 367 S.E.2d 704, 706 (Ct. App. 1988) (Ordinarily, we would dismiss an
 appellants appeal where he fails to present an adequate record on appeal.).
APPEAL
 DISMISSED.
HEARN,
 C.J., and SHORT and KONDUROS, JJ., concur.

[1] We decide this case
 without oral argument pursuant to Rule 215, SCACR.